UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LEEANN BROOKS,**

    **Plaintiff,**

CASE NO.:   8:18-cv-00071-SDM-MAP

v.

**CAPITAL ONE BANK (USA)
NATIONAL ASSOCIATION,**

    **Defendant.**
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Leeann Brooks, by and through undersigned counsel, hereby files this Notice of Pending Settlement.  By submission of this Notice, submitting counsel represents that this matter has settled in principle subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

[signature on next page]

1

Dated: May 17, 2018                    Respectfully Submitted,

**TOLICUS LAW, PLLC**
612 W. Bay St.
Tampa, Florida 33606
Phone:  (813) 360-1529
Fax:      (813) 336-0832

/s/ Brian L. Shrader
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@tolicus.com
**GUS M. CENTRONE, ESQ.**
Florida Bar No. 30151
e-mail: gcentrone@tolicus.com
**ALEXANDER D. LICZNERSKI. ESQ.**
Florida Bar No. 123873
e-mail: Alicznerski@tolicus.com
**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2018, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Tampa Division, for filing and uploading to the CM/ECF system.

/s/ Brian L. Shrader
   **Attorney**