UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEEANN BROOKS,

    Plaintiff,

v.                                          CASE NO. 8:18-cv-71-T-23MAP

CAPITAL ONE BANK (USA)
NATIONAL ASSOCIATION,

    Defendant.
_____/

## **ORDER**

    The plaintiff announces (Doc. 18) a pending settlement. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on May 18, 2018.

                                                                            STEVEN D. MERRYDAY
                                                            UNITED STATES DISTRICT JUDGE